**Maria Lurdes PEREIRA, Appellant**

v.

**Timothy F. GEITHNER, Treasury of U.S. and United States Department of Treasury, Appellees.**

**No. 10–5052.**

United States Court of Appeals, District of Columbia Circuit.

June 8, 2010.

Maria Lurdes Pereira, Washington, DC, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellees.

BEFORE: SENTELLE, Chief Judge, and GARLAND and BROWN, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed January 20, 2010, dismissing appellant's frivolous complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), be affirmed. *See Neitzke v. Williams,* 490 U.S. 319, 327, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989). The factual contentions alleged by appellant are clearly baseless. *See id.*

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.